IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00609-REB-BNB

CLARK POMEROY,

    Plaintiff,

v.

LOGAN COUNTY SOCIAL SERVICES,
FRED CRAWFORD, individually and in his official capacity,
JACK MCCLAVEY, individually, and his official capacity
GREG ETL, individually, and his official capacity,
DEBRA L. SWIRN, individually, and her official capacity
GENE MEISNER, individually, and his official capacity,
ALAN SAMBER, and
JOHN AND JANE DOES 1-25,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND
## ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#33], filed February 24, 2008; and (2) plaintiff's **Objection to the Recommendation of the United States Magistrate Judge** [#34], filed March 10, 2008. I overrule the objections, adopt the recommendation, and grant defendants' motion to dismiss.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable case law. In addition, because plaintiff is

proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Plaintiff's objections are imponderous and without merit.[1]

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#33], filed February 24, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's objections as stated in his **Objection to the Recommendation of the United States Magistrate Judge** [#34], filed March 10, 2008, are **OVERRULED**;

3. That the **Motion To Dismiss of All Defendants Except Greg Etl** [#18], filed April 20, 2007, is **GRANTED**;

---

[1] The liberality to be afforded a pro se litigant's pleadings does not allow him to inject novel theories into the lawsuit under the guise of objections to the magistrate judge's recommendation, as plaintiff here attempts to do. (**See** Objections at 6-7.)

[2] Although the magistrate judge's recommendation does not mention the John and Jane Doe defendants, because the complaint fails to contain any allegations regarding any acts of these unnamed defendants, dismissal *sua sponte* as to these defendants also is proper. **See Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007).

4. That **Defendant Greg Etl's Joinder in Defendants Logan County Social Services, Fred Crawford, Jack McClavey, Gene Meisner, Alan Samber and Debra Zwirn's Motion To Dismiss [Doc. # 18] and Reply in Support of Motion To Dismiss [Doc. #27]** [#30], filed June 19, 2007, is **GRANTED**;

5. That plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE** for failure to state claims on which relief may be granted;

6. That judgment **SHALL ENTER** for defendants, Logan County Social Services, Fred Crawford, Jack McClavey, Greg Etl, Debra Zwirn, Gene Meisner, Alan Samber, and John and Jane Does 1-25, against plaintiff, Clark Pomeroy, on all claims for relief and causes of action; and

7. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated March 18, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**